FILED - USDC -NH
2026 MAY 22 AM9:25

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 26-cr- 34 -LM- AJ -01 |
| | ) | |
| ANTHONY SANBORN, | ) | Count 1: Theft of Government Funds |
| | ) | (18 U.S.C. § 641) |
| Defendant. | ) | |
| | ) | |

**INFORMATION**

The United States Attorney charges:

From on or around January 18, 2022, and continuing through on or about August 4, 2022, in the District of New Hampshire and elsewhere, the defendant,

ANTHONY SANBORN,

willfully and knowingly converted to his use money belonging to the United States and a department and agency thereof, with an aggregate value that exceeded $1,000, namely, $255,232.72 in Economic Injury Disaster Loan funds issued by the Small Business Administration.

All in violation of Title 18, United States Code, Section 641.

Dated: May 22, 2026

ERIN CREEGAN
UNITED STATES ATTORNEY

By:    /s/ Alexander Chen
       Alexander S. Chen
       Assistant U.S. Attorney